JBA
×6955

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLIVER ALAN ROSAS GOMEZ (1),<br>ANA SOFIA LOPEZ OSUNA (2)<br><br>Defendant. | Case No.:  '23 MJ2251<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 –<br>Conspiracy to Distribute Cocaine,<br>(Felony) |

The undersigned complainant being duly sworn states:

Beginning on a date unknown and continuing up to and including June 22, 2023, within the Southern District of California, defendants ANA SOFIA LOPEZ OSUNA and OLIVER ALAN ROSAS GOMEZ, did combine, conspire, and agree together and with each other, and with other persons known and unknown, to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Robert Forbes
Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd of June 2023.

HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

I, Task Force Officer Robert Forbes, declare under penalty of perjury, the following is true and correct:

On June 22, 2023, law enforcement authorities were conducting surveillance on a residence at 620 E. 4th Street (hereinafter "the residence") in National City, California. The residence is a short-term rental (Airbnb).

At approximately 3:45 PM, law enforcement authorities watching a camera saw a gold 2012 Chevrolet Malibu LTZ bearing Mexican license plates (hereinafter "the Malibu") arrive at the residence driven by a male, later identified as Oliver Alan ROSAS Gomez (hereinafter "ROSAS"). ROSAS drove the Malibu into the garage and the garage door closed behind it.

At approximately 4:49 PM, ROSAS drove the Malibu to a shopping center located at 1495 East Plaza Boulevard in National City, California. Law enforcement authorities observed ROSAS stop the Malibu and he was immediately approached by a female, later identified as Ana Sofia LOPEZ Osuna (hereinafter "LOPEZ"). LOPEZ got into the Malibu and drove away. ROSAS walked to a light blue 2021 Ford Bronco Sport bearing California license plates (herinafter "the Bronco").

1

Law enforcement databases showed that the Malibu was crossed by LOPEZ through the San Ysidro Port of Entry at approximately 3:25 PM, approximately 24 minutes before ROSAS drove the Malibu into the garage of the residence.

Law enforcement authorities followed LOPEZ as she drove away in the Malibu. Law enforcement authorities observed LOPEZ make an unsafe lane change without signaling and exceed the speed limit and conducted a traffic stop. LOPEZ told law enforcement authorities during the traffic stop that she was going shopping during her lunch break from her job in Tijuana, Baja California, Mexico. A Canine Enforcement Team conducted an exterior sniff when a Narcotic Detection Dog alerted to the driver's side rocker panel of the Malibu. Law enforcement authorities located a non-factory compartment in the rear bumper of the Malibu, and it was empty.

Law enforcement authorities followed ROSAS as he drove the Bronco back towards the residence. Law enforcement authorities saw him drive the Bronco into the garage at approximately 5:06 PM. The Bronco remained inside the garage until approximately 5:22 PM, when ROSAS drove it out of the garage and parked it in the alley. ROSAS got out of the Bronco, walked into the garage, and closed the garage door. ROSAS then walked out the front door toward the Bronco a short time later. Law enforcement authorities detained ROSAS to prevent the destruction or loss of evidence. While being detained. ROSAS spontaneously stated, "I fucked up."

A Canine Enforcement Team conducted an exterior sniff and the Narcotic Detection Dog alerted to the driver's side rear wheel well of the Bronco.  Law enforcement authorities applied for and were granted a state search warrant for the Bronco and the residence.

At approximately 7:50 PM, law enforcement authorities searched the Bronco resulting in the discovery of 31 packages in a large duffle bag in the rear cargo area of the vehicle, with a total approximate weight of 37.9 kgs (83.55 lbs).  A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.  No additional narcotics were found in the residence.

At approximately 9:00 PM, ROSAS and LOPEZ were placed under arrest at the San Ysidro Port of Entry.  In a post Miranda statement, ROSAS admitted to transporting narcotics to Los Angeles County and stated he was getting paid approximately $4,000 to do so.  ROSAS stated that he received the Malibu from LOPEZ and removed packages of narcotics concealed within the Malibu before returning the Malibu to LOPEZ.

3