AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Oliver Alan Rosas Gomez (1)<br>*Defendant* | ) ) ) Case No. 23-mj-2251<br>) ) ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6-26-23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dacely D. Garcia [SBN: 213171]
*Printed name and bar number of defendant's attorney*

424 F Street, Suite 205
San Diego, CA 92101
*Address of defendant's attorney*

dg@dgarcialaw.com
*E-mail address of defendant's attorney*

(619) 702-2013
*Telephone number of defendant's attorney*

(619) 702-5415
*FAX number of defendant's attorney*